UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/28/2021
```

HENRY LOCKHART,

           Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

           Defendant.

1:20-cv-1236 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of a report from the mediator informing the Court that the parties have reached a settlement [ECF #16].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by March 1, 2021.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date:  January 28, 2021
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1